**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 15-6380

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TED EVAN DOUGHTY,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Margaret B. Seymour, Senior District Judge.  (0:04-cr-01033-MBS-2; 0:12-cv-00689-MBS)

Submitted:  April 28, 2017                            Decided:  May 11, 2017

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior District Judge.

Dismissed by unpublished per curiam opinion.

Ted Evan Doughty, Appellant Pro Se.  Robert Frank Daley, Jr., Jimmie Ewing, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ted Evan Doughty seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see Miller-El v. Cockrell*, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. *Slack*, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Doughty has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny Doughty's motion for appointment of counsel, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2